IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL PORTWOOD, | ) | 4:04CV3285 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CITY OF NELIGH, IN THE STATE OF NEBRASKA; LYLE F. JURACEK, Individually and in his capacity as Superintendent for the City of Neligh, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear his or its own costs.

July 22, 2005.

BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge